UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONONOV VITALY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARCADE CREEK RECREATION PARK DISTRICT, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-1743 KJM SCR<br><br><br>ORDER |

　　　　Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

　　　　On January 10, 2025, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen (14) days. ECF No. 10. Plaintiff has not filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed January 10, 2025 (ECF No. 10), are **adopted** in full;

1

2. This action is **dismissed**, without prejudice, for failure to comply with the court's orders. *See* Fed. R. Civ. P. 41(b); Local Rule 110.

3. Plaintiff's motion (ECF No. 7) is **denied**.

IT IS SO ORDERED.

DATED: February 7, 2025.

UNITED STATES DISTRICT JUDGE

2